# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Eddy, Cynthia R. | **2. Court or Organization**<br><br>U.S. District Court, Western District of Pennsylvania | **3. Date of Report**<br><br>04/29/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (Full Time) | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court, Western District of Pennsylvania
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 04/29/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 04/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. PNC Bank (cash) | A | Interest | M | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. PNC Bank Deposit Sweep (cash) | A | Interest | J | T | Open | 01/23/19 | J | | |
| 5. PNC Treasury Money Market Fd Cl A (PRAXX) (cash) | A | Dividend | | | Sold (part) | 01/11/19 | J | | |
| 6. | | | | | Sold | 01/23/19 | J | | |
| 7. American Century Mid Cap Value Inv (ACMVX) | A | Dividend | J | T | | | | | |
| 8. American Century Small Cap Val Fd Inv (ASVIX) | A | Dividend | J | T | | | | | |
| 9. American Growth Fund of America F1 (GFFFX) | C | Dividend | K | T | Sold (part) | 08/08/19 | K | B | |
| 10. Calvert Emerging Markets Equity CL I (CVMIX) | A | Dividend | K | T | Buy | 08/08/19 | K | | |
| 11. Harding Loevner Intl Equity Port Inv (HLMIX) | A | Dividend | K | T | | | | | |
| 12. Invesco Developing Markets Fd A (GTDYX) | A | Dividend | J | T | | | | | |
| 13. JP Morgan Advantage Fd Cl I (JVASX) | C | Dividend | L | T | Sold (part) | 08/07/19 | J | A | |
| 14. Lazard Global Listed Infra Instl (GLIFX) | B | Dividend | K | T | | | | | |
| 15. T Rowe Price Intl Discovery Fund (PRIDX) | A | Dividend | J | T | Buy (add'l) | 08/07/19 | K | | |
| 16. T Rowe Price Mid Cap Growth (RPMGX) | B | Dividend | K | T | | | | | |
| 17. T Rowe Price Real Estate Fund (TRREX) | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Federated Total Return Bond Is (FTRBX) | C | Dividend | L | T | | | | | |
| 19. | Fidelity Advisor Floating Rate (FFRIX) | A | Dividend | | | Sold | 04/08/19 | K | | |
| 20. | Lord Abbett Short Duration Inc Cl F (LDLFX) | B | Dividend | K | T | Buy (add'l) | 04/08/19 | K | | |
| 21. | Pimco Real Return Fund Cl I3 (PRNPX) | A | Dividend | | | Sold | 04/08/19 | K | | |
| 22. | Invesco Exchange FTSE RAFI 1000 (PRF) | B | Dividend | L | T | Sold (part) | 08/08/19 | J | A | |
| 23. | Vanguard Index Funds Vanguard Small Cap Growth Vipers (VBK) | A | Dividend | J | T | | | | | |
| 24. | Vanguard Scottsdale Funds Russell (VONG) | A | Dividend | L | T | Sold (part) | 06/12/19 | J | | |
| 25. | | | | | | Sold (part) | 08/08/19 | J | D | |
| 26. | IRA #2 (H) | | | | | | | | | |
| 27. | PNC Bank Deposit Sweep (cash) | A | Interest | L | T | Open | 01/23/19 | L | | |
| 28. | Federated Prime Cash Obligations Fund SS (PRCXX) (cash) | A | Dividend | | | Sold | 01/23/19 | L | | |
| 29. | Lululemon Athletica Inc (LULU) | | None | K | T | | | | | |
| 30. | GS Fin Corp Mtn Zero Cpn (40054LS39) | | None | L | T | | | | | |
| 31. | IRA #3 (H) (X) | | | | | | | | | |
| 32. | PNC Bank Deposit Sweep (cash) | A | Interest | J | T | Open | 01/23/19 | J | | |
| 33. | PNC Treasury Money Market Fd Cl A (PRAXX) | A | Dividend | | | Sold (part) | 01/11/19 | J | | |
| 34. | | | | | | Sold | 01/23/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. American Century Mid Cap Value Inv (ACMVX) | A | Dividend | K | T | Buy (add'l) | 10/17/19 | J | | |
| 36. | | | | | Sold (part) | 12/11/19 | J | | |
| 37. American Century Small Cap Val Fd Inv (ASVIX) | A | Dividend | J | T | Buy (add'l) | 10/17/19 | J | | |
| 38. American Growth Fund of America F1 (GFFFX) | C | Dividend | L | T | Sold (part) | 08/08/19 | K | B | |
| 39. | | | | | Sold (part) | 12/12/19 | J | A | |
| 40. Calvert Emerging Markets Equity CL I (CVMIX) | A | Dividend | L | T | Buy | 08/08/19 | K | | |
| 41. Harding Loevner Intl Equity Port Inv (HLMIX) | B | Dividend | L | T | Buy (add'l) | 10/17/19 | J | | |
| 42. | | | | | Sold (part) | 12/11/19 | J | A | |
| 43. Invesco Developing Markets Fd A (GTDYX) | A | Dividend | K | T | | | | | |
| 44. JP Morgan Advantage Fd Cl I (JVASX) | C | Dividend | L | T | Buy (add'l) | 10/17/19 | J | | |
| 45. | | | | | Sold (part) | 12/11/19 | J | A | |
| 46. Lazard Global Listed Infra Instl (GLIFX) | B | Dividend | K | T | Sold (part) | 12/11/19 | J | A | |
| 47. T Rowe Price Intl Discovery Fund (PRIDX) | A | Dividend | J | T | Buy (add'l) | 08/07/19 | K | | |
| 48. T Rowe Price Mid Cap Growth (RPMGX) | B | Dividend | K | T | Sold (part) | 12/11/19 | J | A | |
| 49. T Rowe Price Real Estate Fund (TRREX) | C | Dividend | K | T | | | | | |
| 50. Federated Total Return Bond Is (FTRBX) | D | Dividend | M | T | Buy (add'l) | 08/08/19 | K | | |
| 51. | | | | | Buy (add'l) | 10/17/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold (part) | 12/11/19 | J | A | |
| 53. Fidelity Advisor Floating Rate (FFRIX) | A | Dividend | | | Sold | 04/08/19 | K | | |
| 54. Lord Abbett Short Duration Inc Cl F (LDLFX) | C | Dividend | L | T | Buy (add'l) | 04/08/19 | J | | |
| 55. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 56. Pimco Real Return Fund Cl I3 (PRNPX) | A | Dividend | | | Sold | 04/08/19 | K | | |
| 57. Invesco Exchange FTSE RAFI 1000 (PRF) | B | Dividend | L | T | Buy (add'l) | 10/18/19 | J | | |
| 58. | | | | | Sold (part) | 12/12/19 | J | A | |
| 59. Vanguard Index Funds Vanguard Small Cap Growth Vipers (VBK) | A | Dividend | J | T | | | | | |
| 60. Vanguard Scottsdale Funds Russell (VONG) | A | Dividend | L | T | Sold (part) | 08/08/19 | K | D | |
| 61. | | | | | Sold (part) | 12/12/19 | J | A | |
| 62. BROKERAGE #1 (H) | | | | | | | | | |
| 63. PNC Bank Deposit Sweep (cash) | A | Interest | K | T | Open | 01/23/19 | K | | |
| 64. PNC Treasury MM (cash) | A | Interest | | | Closed | 01/23/19 | K | | |
| 65. American Funds Europacific (AEGFX) | A | Dividend | J | T | | | | | |
| 66. Blackrock Capital Appreciation (MDFGX) | A | Dividend | J | T | | | | | |
| 67. Blackrock Equity Dividend (MDDVX) | A | Dividend | J | T | | | | | |
| 68. Carillon Eagle Mid Cap Growth (HAGAX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Franklin Utilities (FKUTX) | A | Dividend | J | T | | | | | |
| 70. Invesco Oppenheimer Developing Markets (ODMAX) | A | Dividend | J | T | | | | | |
| 71. Royce Special Equity (RYSEX) | A | Dividend | J | T | | | | | |
| 72. Aberdeen Ultra Short Municipal Inc Instl (ATOIX) | A | Dividend | J | T | | | | | |
| 73. Blackrock ST Municipal Fund (MELMX) | A | Dividend | J | T | | | | | |
| 74. Invesco Limited Term Muni Income Fund (ATFAX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 04/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2018, IRA #1 and IRA #3 were reported collectively as IRA #1. For greater clarity, they are listed separately in the 2019 report. There are no reportable transactions associated with this adjustment.

Part VII, lines 13 and 44: Corporate exchange only, no reportable transaction.

Part VII, lines 21 and 56: Symbol change only; no reportable transaction.

Part VII, lines 22-24, 57, 59, 60, 67, 70, and 74: Name changes only; no reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cynthia R. Eddy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544